UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
EMANUEL DELACRUZ, *On Behalf Of Himself And All* :
*Other Persons Similarly Situated*, :
:
                     Plaintiff, : 21-CV-8158 (JMF)
:
   -v- : <u>ORDER</u>
:
JUSTBRAND LIMITED, :
                    Defendant. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's October 4, 2021 Order, ECF No. 6, the parties were required to file a joint letter, the contents of which are described therein, no later than two weeks after Defendant appeared in the case. Defendant entered a notice of appearance on November 3, 2021. ECF No. 13. To date, the parties have not filed the required joint letter. As a courtesy, the parties' deadline is hereby EXTENDED, *nunc pro tunc*, to November 30, 2021.

      SO ORDERED.

Dated: November 23, 2021
      New York, New York
                                                 JESSE M. FURMAN
                                            United States District Judge